Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven M. Anderson (Bar No. 144014)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Sony Corporation

Ryan J. Dwight (Bar No. 252593)
rjdwight@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone +1-949-553-7577
Facsimile +1-949-553-7539

Kenneth R. Adamo (pro hac vice)
kradamo@jonesday.com
Arthur P. Licygiewicz (pro hac vice)
aplicygiewicz@jonesday.com
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone +1-216-579-0212
Facsimile +1-216-579-0212

Ya-Chiao Chang (pro hac vice)
ychang@jonesday.com
JONES DAY
8F No. 2 Section 2 Dunhua South Road
Taipei, Taiwan
Telephone +886-2-7712-3233
Facsimile +886-2-2704-6791

Attorneys for Defendant ViewSonic Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>VIEWSONIC CORPORATION, a Delaware corporation, TPV TECHNOLOGY LTD., a Bermuda Corporation, TPV INTERNATIONAL (USA), INC., a California corporation, ENVISION PERIPHERALS, INC., a California corporation, TOP VICTORY INVESTMENTS LTD., a Chinese Corporation, TPV ELECTRONICS (FUJIAN) CO. LTD., a Chinese Corporation, TPV DISPLAY TECHNOLOGY (WUHAN) CO., | CASE NO. CV 09-7698-CBM (CTx)<br><br>[~~PROPOSED~~] ORDER RE STIPULATED STAY AND FINAL PARTIAL JUDGMENT |

FILED
CLERK, U.S. DISTRICT COURT
MAY 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

| | |
|---|---|
| 1 | LTD., a Chinese Corporation, TPV TECHNOLOGY (BEIJING) CO., LTD., a Chinese Corporation, AOC INTERNATIONAL, a Taiwanese Corporation. |
| 2 | |
| 3 | |
| 4 | Defendants. |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

The Court, having reviewed the parties' joint stipulation and motion, and good cause appearing, hereby ORDERS, DECREES, and ADJUDGES as follows:

1. Sony's claims against ViewSonic and ViewSonic's claims against Sony with respect to Licensed Products under the confidential Patent License Agreement between the parties are hereby dismissed with prejudice.

2. This action, to the extent not dismissed in paragraph 1, shall be stayed as to non-Licensed Products pending a resolution of International Trade Commission Investigation, 337-TA-713, in which suppliers to ViewSonic of products that are not licensed under the confidential Patent License Agreement between the parties are named as respondents.

3. This Court has jurisdiction over Sony and ViewSonic and over the subject matter of this dispute and shall retain continuing subject matter and personal jurisdiction for the purposes of construing or enforcing the terms of this Partial Judgment by Consent and Stipulated Stay, the Patent License Agreement between the parties, or for resolving any dispute arising thereunder.

4. Sony and ViewSonic shall bear their own costs and disbursements with respect to their claims against one another with respect to Licensed Products under the confidential Patent License Agreement between the parties.

5. There shall be no appeal herefrom, with respect to this Partial Judgment by Consent and Stipulated Stay.

IT IS SO ORDERED:

Dated: May 7, 2010

Hon. Consuelo B. Marshall
United States District Judge